

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00380-CV

**WEBBER, LLC**,
Appellant

v.

Marcos **SAENZ**, Individually and as
Next of Friend of S.S. and M.S.S., Minor Children,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV05025
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: July 6, 2025

DISMISSED FOR WANT OF JURISDICTION

Appellant filed an interlocutory notice of appeal challenging an order signed twenty-six days prior. The notice was thus untimely but within the fifteen-day grace period allowed by the rules. *See* TEX. R. APP. P. 26.1(b), 26.3. We ordered appellant to file a reasonable explanation for the late filing. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (courts imply a motion for extension of time when an appellant, acting in good faith, files a notice of appeal within the fifteen-day grace period); *see also Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003) (noting that

"a reasonable explanation is 'any plausible statement of circumstances indicating that failure to file within the [specified] period was not deliberate or intentional, but was the result of inadvertence, mistake or mischance'"). Appellant has not responded to our order in any manner.

We cannot imply a motion for extension of time in the absence of a reasonable explanation. TEX. R. APP. P. 10.5(b), 26.3. Accordingly, this appeal is dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a), (c).

PER CURIAM